UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
: 
THOMAS C. DIBIASE, :
: CASE NO. 1:19-CV-00129
Petitioner, : OPINION AND ORDER
vs. :
: [Resolving Doc. 5]
CHRISTOPHER LAROSE, :
:
Respondent. :
:
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On January 17, 2019, Petitioner Thomas DiBiase asked the Court to grant him a writ of habeas corpus under 28 U.S.C. § 2254.[1] In response, Respondent moved to transfer this case to the Sixth Circuit, arguing that DiBiase's petition is a second or successive petition.[2]

On August 5, 2019, Magistrate Judge Kathleen B. Burke recommended that the Court find that DiBiase's petition is a second or successive petitioner and grant Respondent's motion to transfer.[3]

Objections to Magistrate Judge Burke's Report and Recommendation ("R&R) were due by August 19, 2019. Petitioner DiBiase did not file objections to the R&R.

The Federal Magistrates Act requires a district court to review *de novo* only those portions of a R&R to which the parties have objected.[4] Absent objection, a district court may adopt the R&R without review.[5]

---

[1] Doc. 1.
[2] Doc. 5.
[3] Doc. 9.
[4] **Error! Main Document Only.**28 U.S.C. § 636(b)(1).
[5] **Error! Main Document Only.***Thomas v. Arn*, 474 U.S. 140, 149 (1985); L.R. 72.3(b).

Case No. 19-cv-129
Gwin, J.

Because no party has objected to the Report and Recommendation, this Court may adopt the R&R without further review. Moreover, having conducted its own review of the petition and record, the Court agrees with the conclusions in the R&R.

Accordingly, the Court **ADOPTS** Magistrate Judge Burke's Report and Recommendation and incorporates it fully herein by reference. The Court **GRANTS** Respondent's motion and transfers DiBiase's petition to the Sixth Circuit pursuant to 28 U.S.C. § 1631.

IT IS SO ORDERED.

Dated: September 30, 2019                    *s/    James S. Gwin*
                                              JAMES S. GWIN
                                              UNITED STATES DISTRICT JUDGE